IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

SCK MANAGEMENT SERVICES, LLC,
d/b/a KRUSE IN, and SHANNAH C.
KRUSE, individually and as a member of
SCK MANAGEMENT SERVICES, LLC,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-590-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff against defendants SCK Management Services, LLC, d/b/a Kruse In, and Shannah C. Kruse in the total amount of $7,168.35.

By: *[signature]* Deputy Clerk      1-9-2013
Peter Oppeneer, Clerk of Court      Date