IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOE HAND PROMOTIONS, INC.,

      Plaintiff,

v.

SCK MANAGEMENT SERVICES, LLC,
d/b/a KRUSE IN, and SHANNAH C.
KRUSE, individually and as a member of
SCK MANAGEMENT SERVICES, LLC,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-590-wmc

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff against defendants SCK Management Services, LLC, d/b/a Kruse In, and Shannah C. Kruse in the total amount of $7,168.35.

By: _____
      Peter Oppeneer, Clerk of Court

_____1-9-2013_____
      Date